THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH LUCCA, Appellant.

Argued April 11, 1944; decided May 18, 1944.

*Louis J. Lefkowitz* for appellant.

*Frank S. Hogan, District Attorney* (*Milton H. Spiero* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the evidence is insufficient to sustain a finding of guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, CONWAY and THACHER, JJ. Dissenting: LEWIS and DESMOND, JJ. Taking no part: RIPPEY, J.